IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Rockies Express Pipeline LLC | ) | CAUSE NO.: 1:08-CV-0344-RLY-WTL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Approximately 16 Acres out of | ) | |
| the E ½ SE ¼ NE ¼ of Section 15, | ) | JUDGE YOUNG |
| Township 15N, Range 2W, | ) | |
| Hendricks County, Indiana; and | ) | |
| David Lee McCarroll; et al. | ) | |
| | ) | |
| Defendants, | ) | |

### ORDER APPROVING STIPULATIONS

This matter is before the Court on Plaintiff Rockies Express Pipeline LLC's ("REX") motion for a temporary restraining order and preliminary injunction. On April 1, 2008, the Court held an evidentiary hearing on Plaintiff's motion to prevent Defendants from interfering with the surveying, appraising, and conducting of other examinations on Defendants' properties. In advance of the hearing, Plaintiff reached stipulations with certain Defendants. Those stipulations are set out below:

**Defendant Jacobs Family Farms, LLC (IN-MN-075.001):**

a. REX and Jacobs come to an agreement regarding the ability of REX to enter the Jacobs property in order to conduct minimally invasive surveys consisting of: a civil survey; an environmental survey; and a Phase 1 archaeological survey. This consent on the part of Jacobs is limited to surveys which involve a walk-through of the property and minimal use of hand-shovels.

b.  If a determination is made that additional, more invasive surveys are required, then REX and Jacobs reserve the right to reinstitute these proceedings as between these particular parties should negotiations regarding more invasive surveys fail. Any resumption of the proceedings against Jacobs Family Farms for a Temporary Restraining Order, et al, will not be prejudiced or affected by any decision of the Court with respect to the other parties named in this matter.

c.  The suspension of these proceedings as between REX and Jacobs is governed by the terms of the agreement between the parties.

**Defendants Wilber E. Tressler, Colleen A. Tressler (IN-DC-064-000)**: REX and the Tresslers are negotiating a resolution to survey access and are exempt from any Order of the Court.

**Defendant Harold W. Myers (IN-DC-012-00)**: Defendant Myers has consented to surveys and examinations by REX but has asked to remain a party to this lawsuit in order to resolve any damages that may result from survey and examination activities.

**Defendant David K. Parker (IN-MN-114.001, IN-MN-116.001, IN-MN-116.S01; IN-MN-118.001, IN-MN-119.001, IN-MN-120.001, IN-MN-123.001)**:

a.  REX may enter all tracts in order to conduct minimally invasive surveys consisting of: a civil survey; an environmental survey; and a Phase 1 archaeological survey. This is limited to surveys which involve a walk-through of the property and minimal use of hand-shovels.

b.  Additionally, on tracts IN-MN-114.001, IN-MN-116.001, and IN-MN-116.S01, REX may perform deep testing.

c.  REX will provide 48 hour notice before surveys and examinations.

     d.     REX will complete the above surveys and examinations in the next 30 days.

     e.     REX will pay $9,000 for damages from survey and examinations.

     f.     Defendant Parker is dismissed from this lawsuit without prejudice.

**Defendants Leign Ann Bische, Chad. H. Smallman, and Matthew P. Smallman (IN-MN-122.001):**

     a.     REX may enter the tract in order to conduct minimally invasive surveys consisting of: a civil survey; an environmental survey; and a Phase 1 archaeological survey. This is limited to surveys which involve a walk-through of the property and minimal use of hand-shovels.

     b.     REX will provide 48 hour notice before surveys and examinations.

     c.     REX will pay $1,500 for damages from survey and examinations.

     d.     Defendant Chad H. Smallman will be dismissed without prejudice.

     e.     Defendants Leigh Ann Bische and Matthew P. Smallman remain parties to this lawsuit.

**Defendants Stacey V. Hardamon and Michael B. Hardamon (IN-JO-228.001, IN-JO-228.S01):**

     a.     REX may enter the tracts in order to conduct minimally invasive surveys consisting of: a civil survey; an environmental survey; and a Phase 1 archaeological survey. This is limited to surveys which involve a walk-through of the property and minimal use of hand-shovels.

     b.     REX will provide 48 hour notice before surveys and examinations.

     c.     REX will pay $1,500 for damages from survey and examinations.

d. Defendants Stacey V. Hardamon and Michael B. Hardamon are dismissed without prejudice.

**Defendant Donald E. Bates (IN-DC-008.N02):**

a. REX may enter the tract in order to conduct minimally invasive surveys consisting of: a civil survey; an environmental survey; and a Phase 1 archaeological survey. This is limited to surveys which involve a walk-through of the property and minimal use of hand-shovels.

b. REX will provide 48 hour notice before surveys and examinations.

c. REX will post a bond in the amount of $50,000.00 for any actual damages from surveys and examinations of this tract.

d. Defendant Donald E. Bates remains a party to this lawsuit.

**The Court, being duly advised in the premises, hereby approves the above stipulations and further ORDERS:**

**a. Defendants Danny Parker, Chad Smallman, Stacey V. Hardamon, and Michael B. Hardamon are dismissed from the above-captioned cause of action, without prejudice, costs paid;**

**b. Bond is set in the amount of $50,000.00 for any actual damages directly resulting from REX's representatives entry onto the property of Defendant Donald E. Bates (Tract No. IN-DC-008.N02).**

**SO ORDERED** this 9th day of April 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

**Joseph M. Hendel**
HACKMAN HULETT & CRACRAFT LLP
jhendel@hhclaw.com

**Robert Srader Hulett**
HACKMAN HULETT & CRACRAFT LLP
rhulett@hhclaw.com

**Philip B. McKiernan**
HACKMAN HULETT & CRACRAFT, LLP
pmckiernan@hhclaw.com

**Edward L. Murphy , Jr**
MILLER MURPHY & MILLER LLP
elm@millermurphymiller.com,jec@millermurphymiller.com

**Harold Wayne Myers**
WYSS, MORGAN & MYERS
hmyers333@verizon.net

**Gary P. Price**
LEWIS & KAPPES
gprice@lewis-kappes.com

**Anthony Seaton Ridolfo , Jr**
HACKMAN HULETT & CRACRAFT LLP
aridolfo@hhclaw.com,rharper@hhclaw.com,tdwenger@hhclaw.com