IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Rockies Express Pipeline LLC** ) | CAUSE NO.: 1:08-CV-0344-RLY-WTL |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **Approximately 16 Acres out of** ) | |
| **the E ½ SE ¼ NE ¼ of Section 15,** ) | **JUDGE YOUNG** |
| **Township 15N, Range 2W,** ) | |
| **Hendricks County, Indiana; and** ) | |
| **David Lee McCarroll; et al.** ) | |
| ) | |
| **Defendants,** ) | |

**ORDER GRANTING INJUNCTION**

This matter is before the Court on Plaintiff Rockies Express Pipeline LLC's ("REX") motion for a temporary restraining order and preliminary injunction. On April 1, 2008, the Court held an evidentiary hearing on Plaintiff's motion to prevent Defendants David Lee McCarroll, Steven G. Browning, Casey N. Suiter, Coleen K. Meal Trsutee of the Coleen K. Meal Living Trust, Ramp Locust Farm, Inc., Sharon R. Freas, and Sandra Ritz from interfering with the surveying, appraising, and conducting of other examinations on Defendants' properties.

Having considered the file herein, the submissions of the parties, the testimony of Jim Thompson, and the arguments of counsel, the Court adopts, approves, and incorporates herein by reference the *Findings of Fact and Conclusions of Law* that are attached hereto.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's request for a temporary restraining order and preliminary injunction is granted.  It is further ORDERED that:

(a)  REX, its agents, contractors, subcontractors, and their respective employees are granted immediate access to Defendants' properties for the purpose of conducting minimally invasive surveys consisting of: a civil survey; an environmental survey; and a Phase 1 archaeological survey.  This is limited to surveys which involve a walk-through of the property and minimal use of hand-shovels.  This is further subject to the following conditions:

> (1)  REX shall endeavor to provide written or oral notice to each Defendant of REX's intention to have representatives enter upon the Defendant's property at least forty-eight (48) hours before such entry; provided, however, the failure of any Defendant to receive such notice shall not limit REX's access to the Defendant's property under this Order or the ability of REX's representatives to enter upon it, but shall only be a consideration in determining the restitution or reimbursement, if any, that the Defendant may be entitled to under subparagraph 2 below; and
>
> (2)  REX shall make restitution or reimbursements to a Defendant for actual damages directly resulting from having its representatives enter onto the Defendant's property;

(b)  Defendants, their officers, agents, servants, employees, and those in active concert or participation with them, are preliminarily enjoined from delaying, obstructing, or interfering with Plaintiff's access to any of the Defendants' properties and entry of REX's representatives upon them, for purposes of conducting such civil, archeological and environmental surveys.

(c)     The United States Marshals Service shall, as necessary and upon request, assist in the enforcement of this Order and, together with its Marshals, shall be held harmless from all liability, losses, costs and damages incurred by any person as a result of any actions or omissions that are reasonable and necessary in the enforcement of this Order.  All costs and expenses incurred by the Marshals Service in connection with enforcing this Order shall be paid by REX.

(d)     This Order shall remain in effect until further Order of this Court.

**SO ORDERED** this 9th day of April 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

**Joseph M. Hendel**
HACKMAN HULETT & CRACRAFT LLP
jhendel@hhclaw.com

**Robert Srader Hulett**
HACKMAN HULETT & CRACRAFT LLP
rhulett@hhclaw.com

**Philip B. McKiernan**
HACKMAN HULETT & CRACRAFT, LLP
pmckiernan@hhclaw.com

**Edward L. Murphy , Jr**
MILLER MURPHY & MILLER LLP
elm@millermurphymiller.com,jec@millermurphymiller.com

**Harold Wayne Myers**
WYSS, MORGAN & MYERS
hmyers333@verizon.net

**Gary P. Price**
LEWIS & KAPPES
gprice@lewis-kappes.com

**Anthony Seaton Ridolfo , Jr**
HACKMAN HULETT & CRACRAFT LLP
aridolfo@hhclaw.com,rharper@hhclaw.com,tdwenger@hhclaw.com