IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Rockies Express Pipeline LLC | ) | CAUSE NO.: 1:08-CV-0344-RLY-WTL |
| Plaintiff, | ) | |
| vs. | ) | |
| Approximately 16 Acres out of the E ½ SE ¼ NE ¼ of Section 15, Township 15N, Range 2W, Hendricks County, Indiana; and David Lee McCarroll; et al. | ) | JUDGE YOUNG |
| Defendants, | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

This matter is before the Court on Plaintiff Rockies Express Pipeline LLC's ("REX") *Motion for Temporary Restraining Order and Preliminary Injunction*. On April 1, 2008, the Court held an evidentiary hearing on REX's *Motion* to prevent Defendants from interfering with the surveying and the conduct of other examinations on Defendants' properties.

REX contends that surveys and examinations are necessary for the timely completion of an approximately 1,679 miles long pipeline that will traverse from Rio Blanco County, Colorado, through eight states, and to Monroe County, Ohio.

REX contends that it must enter onto Defendants' properties to complete various surveys and examinations, including but not limited to civil, archeological, and environmental surveys, which is a precondition to the Federal Regulatory Commission ("FERC") granting final approval to commence construction.

Having considered the file herein, the submissions of the parties and the arguments of counsel and Defendants, and the Court being duly advised, now enters the following specific findings of fact and conclusions of law.

## FINDINGS OF FACT

1. REX is a company organized for the purpose of, among other things, transporting natural gas through pipelines.

2. REX intends to construct a 1,679 mile natural gas pipeline system from Rio Blanco County, Colorado to Monroe County, Ohio ("REX Pipeline").

3. The REX Pipeline system has three components, REX Entrega, REX West, and REX East.

4. REX Entrega Segment I is a 136 mile, 36 inch diameter underground pipeline from Rio Blanco County, Colorado to Sweetwater County, Wyoming. This section was placed in-service in February of 2006.

5. REX Entrega Segment II is a 42 inch diameter underground natural gas pipeline that travels 192 miles from Sweetwater County, Wyoming to Weld County, Colorado, and was placed in-service in February of 2007.

6. REX West is a 42 inch diameter underground natural gas pipeline that traverses 713 miles from Weld County, Colorado to Audrain County, Missouri.

7. REX West received a Certificate of Public Convenience and Necessity from the Federal Energy Regulatory Commission ("FERC") permitting the construction of REX West on April 19, 2007, and construction of REX West is currently in progress.

8. REX East will extend the 42 inch pipeline system for approximately 638 miles from Audrain County, Missouri to Monroe County, Ohio.

9. On April 30, 2007, REX filed its application with FERC for approval of REX East.

10. The surveys will enable REX to finalize the route of the REX East pipeline in connection with its FERC application.

11. To date, REX has received permission from landowners to survey more than 95% percent of the tracts of land along the proposed pipeline route in Indiana.

12. At the time of the filing of the motion presently before the Court, the Defendants refused to grant REX access or permission to enter their properties.

13. Without access for surveys and other examinations, REX will be delayed in its ability to provide FERC with information relevant to its administration of the public interest. It is critical and in the interest of a full and complete record that REX is granted survey access to provide FERC with the information it needs to adequately balance the environmental and landowner issues which accompany decisions on whether a particular project is necessary to provide the Nation's consumers with adequate, domestic and secure energy supplies.

14. Without the surveys and other examinations it is impossible for FERC or REX to know whether a right-of-way across Defendants' properties is even possible.

15. Based upon the current FERC filing under section 717f of the Natural Gas Act, once the FERC certificate is issued, the route will traverse Defendants' properties and REX will be able to obtain the rights-of-way necessary for the construction, operation, and maintenance of the pipeline across the Defendants' properties.

16. REX sent by certified mail to each Defendant a *Notice of Intent to Enter Land to Survey and Examine*. The Notices were sent on February 22, 25, and 26, 2008.

The Notices stated in part:

> ROCKIES EXPRESS PIPELINE LLC ("REX") has filed an application with the Federal Energy Regulatory Commission ("FERC") pursuant to 15 U.S.C. §§ 717f for authority under the Natural Gas Act to construct a pipeline for the purpose of transporting natural gas to service markets in the Midwest and Eastern regions of the United States. REX's application, dated April 30, 2007, is docketed at FERC as CP07-208-000.
>
> The route of REX's proposed pipeline crosses your property described on the reverse side. In furtherance of its application and, if approved, construction of the proposed pipeline, it is necessary for REX to enter your property to perform certain surveys and examinations on it, including one or more of the following:
>
> | | |
> |---|---|
> | Civil Survey | Environmental Survey |
> | Drillings | |
> | Archeological Survey Soundings | Appraisal |
>
> REX would like to receive your written consent to its entry onto your property in order to perform the needed surveys and examinations. In the event your property suffers any damage as a result of REX's entry onto it, REX will make restitution or reimbursement for the actual damages suffered. Also, your consent to REX's entry onto your property will not waive any rights you may have to object to the proposed route of the pipeline.
>
> *If you consent to REX entering onto your property in order to conduct its surveys and examinations, please sign and date this notice in the places indicated on the reverse side and mail it to REX <u>no later than March 10, 2008</u>, in the self-addressed, stamped envelope enclosed.* A representative of REX will contact you to make arrangements for the surveys and examinations.
>
> *If you do not consent to REX's entry onto your property, or fail to sign and return this form by March 14, 2008, REX hereby notifies you of its intent to enter upon your property to conduct the needed survey(s) and examination(s) at a time of its choosing after March 14, 2008. <u>In order to assure that its entry will not be impeded or obstructed, REX intends to initiate legal action to</u>*

*confirm its rights to conduct the needed surveys and examinations.*

## CONCLUSIONS OF LAW

1. This Court has jurisdiction of the parties and the subject matter of this action.

2. All findings of fact are incorporated by reference as conclusions of law, and all conclusions of law are incorporated by reference as findings of fact.

3. Section 717f of the Natural Gas Act grants a certificate holder the right to acquire a right-of-way necessary for the construction, operations, and maintenance of a pipeline.

4. REX has the right to enter onto Defendants' properties for the purpose of conducting civil, archeological, and environmental surveys and other examinations pursuant to Indiana Code § 32-24-1-3.

5. Under Indiana law, before REX may enter onto the property owned by Defendants it must provide notice of the proposed entry to the affected landowners. Indiana Code § 32-24-1-3(g)(2).

6. REX provided Defendants with sufficient notices of its plans and intentions with regard to their properties as required by Indiana Code § 32-24-1-3(g)(2).

7. REX has demonstrated a substantial likelihood of success on the merits.

8. REX has also demonstrated that it will sustain irreparable injury if its motion is not granted. Delays in the surveying REX presently seeks to conduct will result in a "domino effect" which will inevitably delay FERC approval and the start of construction, and ultimately the in-service target dates. In addition, if REX fails to meet

5

its in-service target dates, REX is potentially subject to additional contractual liabilities, loss of sales, and the incalculable loss of goodwill and business reputation REX will suffer with its suppliers and with end users anticipating the in-service dates for this four billion dollar project.

9. The granting of this temporary restraining order and preliminary injunction will not cause substantial harm to Defendants. The surveys that REX wishes to conduct will cause minimal, if any, harm to Defendants' properties. Additionally, REX has agreed to make restitution or reimbursement for the actual damages suffered by Defendants as a result of REX's entry onto Defendants' properties.

10. The public interest would be served by the issuance of this temporary restraining order and preliminary injunction. REX's project will assist in supplying energy to consumers in the Midwest and eastern regions of the United States. REX's pipeline will deliver 1.8 billion cubic feet of natural gas per day. The granting of this temporary restraining order and preliminary injunction will prohibit a few individual landowners from interfering with REX's right under Indiana law to access and survey their property, thereby avoiding needless delay in the completion of a project which is in the public's interest.

11. In *Rockies Express Pipeline, LLC v. Billings*, 2007 WL 3125320 (October 23, 2007 S.D. Ohio), REX filed a motion similar to the motion herein. The Court granted REX's motion, stating in pertinent part:

> Plaintiff has also demonstrated that it will sustain irreparable injury if its motion is not granted. Delays in the surveying Plaintiff presently seeks to conduct will cause delays in Plaintiff's ability to conduct future surveys in the Spring of 2008. Those additional delays will preclude the completion of the remainder of Plaintiff's four billion dollar project to provide consumers with energy by the targeted date. Plaintiff also states that its

inability to complete this project on schedule will result in loss of sales and business good will and will result in an inability to meet its customers' expectations and demands. Plaintiff has demonstrated that it will be irreparably harmed if its motion is not granted.

The court further finds that the granting of this temporary restraining order and preliminary injunction will not cause substantial harm to others. The surveys that Plaintiff wishes to conduct will cause minimal, if any, harm to Defendants' properties. * * *

Finally, there can be little doubt that the public interest would be served by the issuance of this temporary restraining order and preliminary injunction. Plaintiff's project will assist in supplying energy to consumers in the Midwest and eastern regions of the United States. Indeed, Plaintiff's pipeline will deliver 1.8 billion cubic feet of natural gas per day.
* * *

*Rockies Express Pipeline, LLC v. Billings*, 2007 WL 3125320 (October 23, 2007 S.D. Ohio). These findings were adopted when the Court granted REX's motion for a preliminary and permanent injunction. *Rockies Express Pipeline, LLC v. Billings*, 2008 WL 596849, FN2 (March 5, 2008 S.D. Ohio).

**SO ORDERED** this 10th day of April 2008.

                                              RICHARD L. YOUNG, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Electronic Copies to:

**Joseph M. Hendel**
HACKMAN HULETT & CRACRAFT LLP
jhendel@hhclaw.com

**Robert Srader Hulett**
HACKMAN HULETT & CRACRAFT LLP
rhulett@hhclaw.com

**Philip B. McKiernan**
HACKMAN HULETT & CRACRAFT, LLP
pmckiernan@hhclaw.com

**Edward L. Murphy , Jr**
MILLER MURPHY & MILLER LLP
elm@millermurphymiller.com,jec@millermurphymiller.com

**Harold Wayne Myers**
WYSS, MORGAN & MYERS
hmyers333@verizon.net

**Gary P. Price**
LEWIS & KAPPES
gprice@lewis-kappes.com

**Anthony Seaton Ridolfo , Jr**
HACKMAN HULETT & CRACRAFT LLP
aridolfo@hhclaw.com,rharper@hhclaw.com,tdwenger@hhclaw.com